[This opinion has been published in *Ohio Official Reports* at 90 Ohio St.3d 1231.]

SHEALY, APPELLANT, *v*. PHILLIPS ET AL., APPELLEES.

[Cite as *Shealy v. Phillips*, 2000-Ohio-176.]

*Certification of conflict dismissed as improvidently certified due to want of a conflict.*

(No. 99-2186—Submitted October 18, 2000 at the Fairfield County Session—Decided December 13, 2000.)

CERTIFIED by the Court of Appeals for Crawford County, No. 3-95-15.

————————————

*Timothy A. Shimko & Associates* and *Timothy A. Shimko*, for appellant.

*Sauter, Hohenberger & Beddow* and *Kenneth R. Beddow*, for appellee Mark Phillips.

*Kennedy, Purdy, Hoeffel, Gernert, Leuthold & Leuthold* and *Paul E. Hoeffel*, for appellee Allstate Insurance Company.

————————————

{¶ 1} The certification of conflict is dismissed, *sua sponte*, as having been improvidently certified; there is want of a conflict. S.Ct.Prac.R. IV(2)(B); *Whitelock v. Gilbane Bldg. Co.* (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, SLABY, COOK and LUNDBERG STRATTON, JJ., concur.

LYNN C. SLABY, J., of the Ninth Appellate District, sitting for PFEIFER, J.

————————————